UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Estate of Harold Holt, by personal
representative Joann Holt,

    Plaintiff,

vs                                                        Case No: 05-70277
                                                        Honorable Victoria A. Roberts

CITY OF INKSTER, CHRISTOPHER
KOSOSKI, in his individual and official
capacity,

    Defendant.
_____/

## ORDER OF DISMISSAL

On August 19, 2005, this Court entered an Order requiring Plaintiff to notify the Court with phone numbers so that a telephone status conference could be conducted on August 31, 2005.  Plaintiff was informed that her failure to be available for the conference call would result in dismissal of her case.  The Court did not hear from Plaintiff.  This is the second time the Court has been unable to hold a Scheduling Conference because of Plaintiff's unavailability and her failure to keep the Court and opposing counsel informed of her whereabouts.  For her violation of this Court's Order of August 19, 2005, this cause of action is **DISMISSED**.

    **IT IS SO ORDERED**.

                                              s/Victoria A. Roberts_____
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  September 2, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 2, 2005.

s/Linda Vertriest
Deputy Clerk